UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MONROE POLK,<br>　　　　Plaintiff,<br>　　v.<br>HEEWON HEIDI SEO,<br>　　　　Defendant. | Case No. 15-cv-04905-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.  On April 4, 2016, mail directed to Plaintiff at his last-known address— the Correctional Training Facility— was returned to the Clerk of the Court with a notation that it was undeliverable.  Dkt. 6.

　　　　In Plaintiff's prior action, Case No. 14-4375 YGR (PR), the Court noted that on January 15, 2016, mail sent to the Plaintiff at the prison was returned as undeliverable with a notation that Plaintiff has been "paroled."  Dkt. 100 in Case No. 14-4375 YGR (PR).  Clerk's Office staff has confirmed that Plaintiff was paroled on November 9, 2015.

　　　　In the present case, to date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

　　　　Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* L.R. 3-11(a).  The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).

　　　　More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address, and as mentioned above, Plaintiff has been out on parole since November 9, 2015.  Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

1  The Clerk of the Court shall enter judgment, terminate all pending motions, and close the
2  file.
3  IT IS SO ORDERED.
4  Dated: June 28, 2016

YVONNE GONZALEZ ROGERS
United States District Court Judge